# UNITED STATES DISTRICT COURT
for the
Middle District of Louisiana

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. |
| | ) 25-mj-56 |
| Torion Bobb | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 17, 2025** in the county of **East Baton Rouge** in the **Middle** District of **Louisiana**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) and 18 U.S.C. § 2112 | Assault on a federal officer and Robbery. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Tanner Spence, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirement of Fed. R. Crim. P. 4.1 by **telephone conference** (*specify reliable electronic means*).

Date: 6/18/2025

*Judge's signature*

City and state: Baton Rouge, LA — Richard L. Bourgeois, Jr., U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your affiant, Tanner Spence, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, deposes and states as follows:

1. I am a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since January 2024. I am currently assigned to the FBI-New Orleans Field Office/Baton Rouge Resident Agency (RA), and I have been assigned there since June of 2024. I currently am assigned to the New Orleans Capitol Area Gang Task Force investigating gangs, drugs, robberies, and other violent crimes in the Baton Rouge area. As an FBI Special Agent, I have personally participated in the instant investigation and have reviewed information received by law enforcement partners and open-source reporting pertaining to matters in this investigation.

3. My investigative training and experience includes, but is not limited to, conducting surveillance; interviewing subjects, targets and witnesses; writing affidavits for and executing search and arrest warrants; examining cellular telephones; managing confidential human sources and cooperating witnesses/defendants; collecting evidence; and analyzing public records. I have participated in investigations involving the interception of wire and electronic communications devices, and I am familiar with the ways in which drug traffickers conduct their business, including, but not limited to, their methods of importing and distributing drugs, their use of cellular telephones, and their use of numerical codes and code words to conduct their transactions.

4. Your affiant declares that the facts contained in this Affidavit show that there is probable cause to believe that **CORDELL SIMS ("SIMS") and TORION BOBB ("BOBB")** have violated the following offenses:

   a. Assault on a federal officer, in violation of **Title 18, United States Code, Section 111(a)(1)**; and

   b. Robbery, in violation of **Title 18, United States Code, Section 2112**.

5. Your affiant declares that the facts contained in this Affidavit show that there is probable cause to believe that **CAYLUP ANDERSON ("ANDERSON")** has violated the following offenses:

   a. Robbery, in violation of **Title 18, United States Code, Section 2112**; and

   b. Aiding and abetting, in violation of **Title 18, United States Code, Section 2**.

6. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are sufficient to establish probable cause to believe that a violation of the aforementioned statutes exists.

7. The information contained within the affidavit is based on my training and experience, as well as information imparted to me by other agents and law enforcement officers involved in this investigation.

## STATEMENT OF FACTS

8. On June 17, 2025, Agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force attempted to conduct two undercover controlled purchases of firearms in the area of Triple S Food Mart (2112 N Foster Drive, Baton Rouge, Louisiana).

9. During the operation agents arranged to purchase a firearm with a Machine Gun Conversion Device (MCD) from two subjects identified as **Caylup Anderson** (M/B, DOB: 04/12/2007) and **Cordell Sims** (M/B, DOB: 11/12/2005).

10. **Anderson** and **Sims** met with agents and conducted a controlled purchase for a firearm they claimed was equipped with an internal MCD in exchange for $900 in U.S. Currency. **Anderson** and **Sims** arrived in the area to conduct the controlled purchase in a red 2025 Honda Accord displaying Louisiana registration plate 480HYP and registered to Melvin Vasquez at 4438 Monroe Avenue, Baton Rouge, Louisiana. After the sale the subjects agreed to sell another firearm to agents and left the area in the aforementioned vehicle.

11. A short time later, **Anderson**, **Sims**, and **Torion Bobb** (M/B, DOB: 06/13/2005) then returned to the area on foot to conduct the agreed upon controlled purchase but instead robbed agents at gun point. Security camera footage shows **Anderson** speaking with the undercover agent and shortly thereafter **BOBB** and **SIMS** are observed on each side of the agent's vehicle with firearms. During the robbery, the suspects obtained approximately $2300.00 of prerecorded United States currency which was intended to be used to purchase the agreed upon firearm.

12. After the robbery, ATF agents followed and attempted to detain **Anderson**, **Bobb**, and **Sims**. During this time, **Bobb** and **Sims** both appeared to display firearms. **SIMS** and **Anderson** raised their firearms in the direction of agents and shots were fired between agents and the subjects. The shooting resulted in an agent and **SIMS** being injured. All subjects fled on foot. **Sims** was apprehended a short time later and transported to the hospital.

13. Agents then responded to 4438 Monroe Avenue, Baton Rouge (registered address for vehicle involved in the first controlled purchase) where a surround and call out was

3

conducted. **Anderson** and Christopher Sims (M/B, DOB: 09/05/2003) exited the residence and were taken into custody.

14. Based on the above information, I believe that there is probable cause to believe that **SIMS**, **BOBB**, and **ANDERSON** did violate the above listed offenses. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_____
Tanner Spence, Special Agent
Federal Bureau of Investigation

Affidavit submitted by email/pdf. and attested to me as true and accurate by telephone consistent with Federal Rules of Criminal Procedure 4.1 and 41(d)(3) on the 18 day of June, 2025.

_____
HONORABLE RICHARD L. BOURGEOIS, JR.
UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF LOUISIANA

4